PROB 22
(Rev. 01/24)

| | |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:15CR578-001 |
| | DOCKET NUMBER *(Rec. Court)* Docket 2:26-cr-00203-CDS-EJY |

| | | | |
|---|---|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Bibbs, Robert Ryan Justin<br>Click here to enter text. | DISTRICT<br>Illinois Northern | | DIVISION<br>Eastern |
| | NAME OF SENTENCING JUDGE<br>Rebecca R. Pallmeyer | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>05/16/2026 | TO<br>05/15/2030 |

OFFENSE

18:1117.F - Class A Felony - CONSPIRACY TO MURDER

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision) Released to D/NV following term of custody not returning to ND/IL

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Northern District of Illinois "

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the D/NV upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/9/2026
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 25, 2026
*Effective Date*

[signature]
*United States District Judge*